UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUSSELLVILLE CARE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN RUTH CAULEY REVOCABLE TRUST, SHARON GRIMES, in her capacity as Trustee of the Carolyn Ruth Cauley Revocable Trust, UNITED STATES OF AMERICA, ARKANSAS DEPARTMENT OF HUMAN SERVICES, & DEBRA BUCKNER, in her official capacity as Pulaski County Tax Collector, <br><br> Defendants. | Case No. 4:20cv1438-BSM <br><br><br> (formerly Case No. 60cv-20-5535 in the Circuit Court of Pulaski County, Arkansas) |
| UNITED STATES OF AMERICA, <br><br> Counterclaim / Crossclaim Plaintiff <br><br> v. <br><br> RUSSELLVILLE CARE CENTER, INC., <br><br> JANE DOE, in her capacity as the Trustee for the CAROLYN RUTH CAULEY REVOCABLE TRUST, ARKANSAS DEPARTMENT OF HUMAN SERVICES, DEBRA BUCKNER, in her official capacity as PULASKI COUNTY TAX COLLECTOR, TOMMY LAND, in his official capacity as the ARKANSAS COMMISSIONER OF STATE LANDS, ANNA GRACE ROMINE CAULEY, BENNETT ROMINE CAULEY, GRAYSON ROMINE CAULEY, & SHELLE PURTSCHER, <br><br> Counterclaim / Crossclaim Defendants. | |

## DEFAULT JUDGMENT AGAINST CROSSCLAIM DEFENDANT SHELLE PURTSCHER

This matter comes before the Court on the United States' *Motion for Entry of Default against Crossclaim Defendant Shelle Purtscher* (filed at ECF No. 53). After due consideration, it is hereby ORDERED that the United States' motion is granted; and

IT IS ORDERED, ADJUDGED, AND DECREED that default judgment is entered in favor of Counterclaim/Crossclaim Plaintiff the United States on its Crossclaim against Shelle Purtscher pursuant to Fed. R. Civ. P. 55(b)(2), as follows:

1. Crossclaim Defendant Shelle Purtscher failed to plead or otherwise defend against the United States' Crossclaim against her filed at ECF No. 28;

2. The Clerk of the Court has entered a default against Purtscher pursuant to Fed. R. Civ. P. 55(a) at ECF No. 52;

3. Accordingly, Purtscher holds no right, claim, or interest in the real property subject of the United States' First Amended Counterclaim/Crossclaim located at 2 Creekside Court in Little Rock, Arkansas (the "Creekside Property") with the legal description "Lot 36, Sandpiper Creek, an Addition to the City of Little Rock, Pulaski County, Arkansas, and being shown on plat recorded as Plat No. D-752, records of Pulaski County, Arkansas" and with the Parcel No. 44L0781003600; and

4. Purtscher is entitled to no proceeds from the sale of the Creekside Property by subsequent order of this Court.

SO ORDERED this 1st day of August, 2022.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT COURT JUDGE