# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| RUSSELLVILLE CARE CENTER, INC., | Case No. 4:20-cv-1438-BSM |
| Plaintiff, | (formerly Case No. 60cv-20-5535 in the Circuit Court of Pulaski County, Arkansas) |
| v. | |
| CAROLYN RUTH CAULEY REVOCABLE TRUST, SHARON GRIMES, in her capacity as Trustee of the Carolyn Ruth Cauley Revocable Trust, UNITED STATES OF AMERICA, ARKANSAS DEPARTMENT OF HUMAN SERVICES, & DEBRA BUCKNER, in her official capacity as Pulaski County Tax Collector, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Counterclaim / Crossclaim Plaintiff | |
| v. | |
| RUSSELLVILLE CARE CENTER, INC., JANE DOE, in her capacity as the Trustee for the CAROLYN RUTH CAULEY REVOCABLE TRUST, ARKANSAS DEPARTMENT OF HUMAN SERVICES, DEBRA BUCKNER, in her official capacity as PULASKI COUNTY TAX COLLECTOR, TOMMY LAND, in his official capacity as the ARKANSAS COMMISSIONER OF STATE LANDS, ANNA GRACE ROMINE CAULEY, BENNETT ROMINE CAULEY, GRAYSON ROMINE CAULEY, & SHELLE PURTSCHER, | |
| Counterclaim / Crosssclaim Defendants. | |

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of August, 2022.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE